| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN MARK ROSENBERG<br>106 1/2 Judge John Aiso St. #225<br>Los Angeles, CA 90012<br>Tel: (310) 971-5037<br>founder@puttingelders1st.org | FILED<br>CLERK, U.S. DISTRICT COURT<br>12/7/18<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___CS___ DEPUTY<br><br>PAID  FILED DEC -6 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |
| ☒ Individual appearing without attorney<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>STEVEN MARK ROSENBERG<br><br><br>Debtor(s). | CASE NO.: 1:17-bk-11748-VK<br>ADVERSARY NO.: 1:17-ap-01096-VK<br>(if applicable)<br>CHAPTER: 7 |
|---|---|
| STEVEN MARK ROSENBERG<br><br>Plaintiff(s) (if applicable).<br>vs.<br>Deutsche Bank National Trust Company et al.<br><br><br>Defendant(s) (if applicable). | **CV18-10188-AG**<br><br>**NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): STEVEN MARK ROSENBERG, On behalf of Estate of Isadore Rosenberg

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☒ Other (describe): FRCP Rule 17 (a)(1)(A/B)

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

December 2015          Page 1          Official Form 417A

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   A Mtc of Judgement on the Pleadings, granted to Defendants. Judgement in all ways dismissed summarily aspiring appellants serious fraud evidence based allegations in granted order. Rule 58 compliance is issue as well/Judgement=is 1 document, ordering multiple dismissals of causes of action

2. The date the judgment, order, or decree was entered: 06/07/2018

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Attys for Def. DBNTC, as Tr for Alliance Bancorp Mort. Backed Pass-Thru Cert Ser. 2007-OA1

   Attorney:
   Robert Garrett, Esq.
   Tomas A. Ortiz, Esq.
   GARRETT & TULLY. P.C.
   225 S. Lake Ave., Suite 1400 Pasadena CA 91101
   Tel: (626) 577-9500

2. Party: MERS (Mortgage Electronic Registration Systems, Inc.), Ocwen Loan Servicing, Inc.

   Attorney:
   Wright Finlay & Zak, LLP
   Nicole S. Dunn, Esq.
   4665 MacArthur Ct #200, Newport Beach, CA 92660
   Tel: (949)477-5050

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Steven Mark Rosenberg*                                        Date: 12/05/2018
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2729 W. 78th St.
Inglewood, CA. 90305

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* 12-05-18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 12-05-18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Victoria S. Kaufman
U.S. Bankruptcy Court - Central District
21041 Burbank Blvd
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-05-18 | Larry Hudson | *[signature: Larry Hudson]* |
|---|---|---|
| Date | Printed Name | Signature |

# ATTACHED SERVICE LIST

**MERS (Mortgage Electronic Registration Systems, Inc.)**
Attn: T. Robert Finlay, Partner
Cc: Nicole Dunn, Esq.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Ocwen Loan Servicing, Inc.
c/o T. Robert Finlay, Partner
Cc: Nicole Dunn, Esq.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Amy L. Goldman (TR)
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
213-250-1800
Trustee

United States Trustee (SV)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
213-894-6811
U.S. Trustee

Judge Victoria S. Kaufman
U.S. Bankruptcy Court- Central District
(San Fernando Valley)
21041 Burbank Blvd.
Woodland Hills, CA 91367-6603

Deutsche Bank National Trust in
Alliance Bancorp Trust 2007 OA-1
c/o Robert Garrett of Law Firm of Garrett & Tully
225 S. Lake, Suite 1400
Pasadena, CA 91101

Alliance Bancorp, Inc.
815 Commerce Dr.
Oak Brook, IL 60523

**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 608-9142

FILED & ENTERED
JUN 07 2018
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia DEPUTY CLERK

Attorneys for Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: STEVEN MARK ROSENBERG, <br> Debtor. | Bankruptcy Case No. 1:17-bk-11748-VK <br> Chapter 7 |
| STEVEN MARK ROSENBERG, <br><br> Plaintiff, <br> v. <br><br> ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE, <br><br> Defendants. | Adversary Case No. 1:17-ap-01096-VK <br><br> **AMENDED JUDGMENT FOLLOWING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Hearing: <br> Date: May 2, 2018 <br> Time: 2:30 p.m. <br> Crtrm: 301 |

1

AMENDED JUDGMENT FOLLOWING DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS

      The Motion for Judgment on the Pleadings of Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. and Joinder of Deutsche Bank National Trust Company, As Trustee For Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1 (collectively "Defendants"), as to the Complaint of Plaintiff, Steven Mark Rosenberg ("Plaintiff"), came on regularly for hearing on May 2, 2018, at 2:30 p.m. in Courtroom "301" of the above-entitled Court, located at 21041 Burbank Blvd., Courtroom 301, Woodland Hills, California.

      Having considered the papers submitted by the parties and having given the parties the opportunity to present oral argument, the Court ORDERED as follows:

1. Defendants' Motion for Judgment on the Pleadings is GRANTED without leave to amend.
2. Judgment on Plaintiff's Complaint shall be entered in favor of Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company, As Trustee For Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1;
3. Plaintiff's entire action against Defendants is DISMISSED with prejudice;
4. Plaintiff shall take nothing by the Complaint;
5. This is a final judgment.

Date: June 7, 2018

Victoria S. Kaufman
United States Bankruptcy Judge