**NoFeeRequired, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## Adversary Proceeding #: 1:17-ap-01096-VK

*Assigned to:* Victoria S. Kaufman                    *Date Filed:* 11/27/17
*Lead BK Case:* 17-11748                              *Date Dismissed:* 05/14/18
*Lead BK Title:* Steven Mark Rosenberg
*Lead BK Chapter:* 7
*Demand:* $390000

*Nature[s] of Suit:*  91 Declaratory judgment
                      14 Recovery of money/property - other
                      72 Injunctive relief - other
                      21 Validity, priority or extent of lien or other interest in property

### Plaintiff
-----------------------

**Steven Mark Rosenberg**          represented **Steven Mark Rosenberg**
15814 Septo St                             by PRO SE
North Hills, CA 91343
SSN / ITIN: xxx-xx-7342


V.


### Defendant
-----------------------

**Deutsche Bank National**          represented **Marvin B Adviento**
**Trust Company, As Trustee**              by Wright, Finlay & Zak, LLP
**For Alliance Bankcorp**                  4665 MacArthur Court, Suite 200
**Mortgage Backed Pass**                   Newport Beach, CA 92660
**Through Certificate Series**             949-477-5050
**2007-OA01**                              Fax : 949-608-9142
6409 Congress Ave Suite 100                Email: madviento@wrightlegal.net
Boca Raton, FL 33487
                                    **Nicole S Dunn**
                                    Wright Finlay & Zak
                                    4665 MacArthur Ct Ste 280
                                    Newport Beach, CA 92660
                                    949-477-5050
                                    *TERMINATED: 03/02/2018*
                                    *LEAD ATTORNEY*

                                    **T Robert Finlay**
                                    4665 McArthur Ct Ste 280
                                    Newport Beach, CA 92660

949-477-5050
*LEAD ATTORNEY*

**Tomas A Ortiz**
Garrett & Tully
225 S Lake Ave Ste 1400
Pasadena, CA 91101
626-577-9500
Fax : 625-577-0813
Email: tortiz@garrett-tully.com

**Lukasz I Wozniak**
Wright Finlay & Zak LLP
4665 MacArthur Court Ste 280
Newport Beach, CA 92660
949-949-5050
Fax : 949-608-9142
Email: Lwozniak@wrightlegal.net

*Defendant*
----------------------
**Ocwen Loan Servicing, Inc**　represented　**Marvin B Adviento**
PO Box 24781　　　　　　　　by (See above for address)
West Palm Beach, FL 33416-
4781
　　　　　　　　　　　　　　　**Nicole S Dunn**
　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　**T Robert Finlay**
　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　**Lukasz I Wozniak**
　　　　　　　　　　　　　　　(See above for address)

*Defendant*
----------------------
**Alliance Bancorp, Inc**　represented　**Marvin B Adviento**
815 Commerce Dr　　　　　by (See above for address)
Oak Brook, IL 60523

*Defendant*
----------------------
**Alliance Bancorp Estate**　represented　**Alliance Bancorp Estate Trustee Charles A. Stanziale, Jr**
**Trustee Charles A. Stanziale,**　by PRO SE
**Jr**
100 Mulberry St Four

Gateway Center
Newark, NJ 07102

*Defendant*

----------------------
**MERS Mortage Electronic**          represented **Marvin B Adviento**
**Registration Systems, Inc**        by (See above for address)
1818 Library St Suite 300
Reston, VA 20190

> **Nicole S Dunn**
> (See above for address)
> *LEAD ATTORNEY*
>
> **T Robert Finlay**
> (See above for address)
> *LEAD ATTORNEY*
>
> **Lukasz I Wozniak**
> (See above for address)

*Defendant*

----------------------
**One West Bank**            represented **One West Bank**
888 East Walnut St           by PRO SE
Pasadena, CA 91101

*Defendant*

----------------------
**DOES 1 through 25,**       represented **DOES 1 through 25, inclusive**
**inclusive**                by PRO SE

*Defendant*

----------------------
**CIT BANK, N.A. (f/k/a One**  represented **KRISTIN WEBB**
**West Bank N.A., erroneously**  by BRYAN CAVE LLP
**sued as One West Bank)**      3161 MICHELSON DR STE 1500
*TERMINATED: 01/23/2018*        IRVINE, CA 92612
                                949-223-7000
                                Fax : 949-223-7100
                                Email: webbk@bryancave.com
                                *TERMINATED: 01/23/2018*

*Trustee*

----------------------
**Amy L Goldman (TR)**
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800

*U.S. Trustee*
----------------------
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 09/07/2018 | 61<br>(18 pgs) | Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Decl. of T. Ortiz in Support Thereof* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 (Ortiz, Tomas) (Entered: 09/07/2018) |
| 09/07/2018 | 62<br>(18 pgs) | Request for judicial notice *Request for Judicial Notice and Appendix of Exhibits in Support of Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 (RE: related document(s)61 Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Dec). (Ortiz, Tomas) (Entered: 09/07/2018)* |
| | 63 | Hearing Set (RE: related document(s)61 Generic Motion filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01) The Hearing date is set for 10/3/2018 at 02:30 PM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is |

| | | |
|---|---|---|
| 09/07/2018 | | Victoria S. Kaufman (Ogier, Kathy) DISREGARD ENTRY - MATTER IS NOT ON CALENDAR. Modified on 9/10/2018 (Garcia, Patty). (Entered: 09/07/2018) |
| 09/07/2018 | [64](#) (5 pgs) | Notice *of Joinder to Motion for Sanctions* Filed by Defendants MERS Mortgage Electronic Registration Systems, Inc, Ocwen Loan Servicing, Inc (RE: related document(s)[61](#) Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Decl. of T. Ortiz in Support Thereof* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01, [62](#) Request for judicial notice *Request for Judicial Notice and Appendix of Exhibits in Support of Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 (RE: related document(s)[61](#) Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Dec).* filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01). (Wozniak, Lukasz) (Entered: 09/07/2018)* |
| | 65 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date was selected. Matter will take longer than 15 minutes. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION AFTER RECEIVING A DATE FROM THE COURT.** (RE: related document(s)[61](#) Generic Motion filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed |

| | | |
|---|---|---|
| 09/10/2018 | | Pass Through Certificate Series 2007-OA01) (Garcia, Patty) (Entered: 09/10/2018) |
| 09/14/2018 | 66 | Hearing Set (RE: related document(s)61 Generic Motion filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01) The Hearing date is set for 12/5/2018 at 02:30 PM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Victoria S. Kaufman (Bever, Sabine) (Entered: 09/14/2018) |
| 09/14/2018 | 67 (5 pgs) | Notice *Amended Notice of Motion for Sanctions Against Plaintiff Steven M. Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 (RE: related document(s)61 Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Decl. of T. Ortiz in Support Thereof* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01, 65 Notice to Filer of Error and/or Deficient Document **Incorrect hearing date was selected. Matter will take longer than 15 minutes. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION AFTER RECEIVING A DATE FROM THE COURT.** (RE: related document(s)61 Generic Motion filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01)). (Ortiz, Tomas) (Entered: 09/14/2018) |
| | 68 (5 pgs) | Notice *of Amended Joinder to the Motion for Sanctions* Filed by Defendants MERS Mortgage Electronic Registration Systems, Inc, Ocwen Loan Servicing, Inc. (Wozniak, Lukasz). Related document |

| | | |
|---|---|---|
| 09/14/2018 | | (s) 61 Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Dec filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01.* (Entered: 09/14/2018) |
| 10/26/2018 | 69 (1 pg) | Transcript Order Form , regarding Hearing Date 05/02/2018 Filed by Plaintiff Steven Mark Rosenberg (RE: related document(s)16 Motion *for Judgment on the Pleadings*). (Bever, Sabine) (Entered: 10/29/2018) |
| 10/29/2018 | 70 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 18-VK-37. RE Hearing Date: 05/02/18, [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Telephone number 858-453-7590.] (RE: related document(s)69 Transcript Order Form (Public Request) filed by Plaintiff Steven Mark Rosenberg) (Bever, Sabine) (Entered: 10/29/2018) |
| 11/02/2018 | 71 | Transcript regarding Hearing Held 05/02/18 RE: Defendant's motion for judgment on the pleadings. Remote electronic access to the transcript is restricted until 01/31/2019. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number (858) 453-7590.]. Notice of Intent to Request Redaction Deadline Due By 11/9/2018. Redaction Request Due By 11/23/2018. Redacted Transcript Submission Due By 12/3/2018. Transcript access will be restricted through 01/31/2019. (Bauer, Tara) (Entered: 11/02/2018) |
| | 72 (12 pgs) | Response to (related document(s): 61 Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Dec filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01) Filed by* |

| | | |
|---|---|---|
| 11/20/2018 | | *Plaintiff Steven Mark Rosenberg (Bever, Sabine) (Entered: 11/20/2018)* |
| 11/20/2018 | 73 (14 pgs) | Response to (related document(s): 61 Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Dec filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01) Filed by Plaintiff Steven Mark Rosenberg (Bever, Sabine). Related document(s) 68 Notice filed by Defendant Ocwen Loan Servicing, Inc, Defendant MERS Mortage Electronic Registration Systems, Inc. (Entered: 11/21/2018)* |
| 11/21/2018 | 74 (8 pgs) | Order Denying Debtor's Motion To Alter or Amend Judgment (BNC-PDF) (RE: Related Doc # 58 Signed on 11/21/2018 (Cetulio, Julie) Modified on 11/26/2018 (Cetulio, Julie). (Entered: 11/21/2018) |
| 11/23/2018 | 75 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)74 Order on Motion to Amend (BNC-PDF)) No. of Notices: 8. Notice Date 11/23/2018. (Admin.) (Entered: 11/23/2018) |
| | 76 (7 pgs) | Reply to (related document(s): 61 Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Dec filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01, 62 Request for judicial notice filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01, 67 Notice filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01) Reply in Support of Motion for Sanctions Against Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011 for the Amount of $6,360.00 in Monetary Sanctions Filed by Defendant Deutsche Bank National Trust Company, As Trustee* |

| Date | Doc | Description |
|---|---|---|
| 11/28/2018 | | *For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 (Ortiz, Tomas) (Entered: 11/28/2018)* |
| 12/03/2018 | [77](#) (2 pgs) | Notice Rescheduling Hearing Re Motion For Sanctions Against Plaintiff Steven Mark Rosenberg (RE: related document(s)[61](#) Motion *Notice of Motion and Motion for Sanctions Against Plaintiff Steven Mark Rosenberg Pursuant to FRCP Rule 11 and FRBP Rule 9011; in the Form of Monetary Sanctions in the Striking of the Notice of Motion and Motion to Alter or Amend Judgment; Decl. of T. Ortiz in Support Thereof* Filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 filed by Defendant Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01). (Garcia, Patty) (Entered: 12/03/2018) |
| 12/03/2018 | | Hearing (Adv Motion) Continued (RE: related document(s) [61](#) GENERIC MOTION filed by Deutsche Bank National Trust Company, As Trustee For Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01) Hearing to be held on 12/12/2018 at 02:30 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [61](#) , (Garcia, Patty) (Entered: 12/03/2018) |
| 12/06/2018 | | Receipt of Appeal/Cross Appeal Filing Fee - $298.00 by 05. Receipt Number 10073240 (admin) (Entered: 12/06/2018) |
| 12/06/2018 | [78](#) (6 pgs) | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 Filed by Plaintiff Steven Mark Rosenberg (RE: related document(s)[56](#) Order on Generic Motion (BNC-PDF)). Appellant Designation due by 12/20/2018. (Espino, Cecilia) (Entered: 12/07/2018) |
| 12/07/2018 | [79](#) (9 pgs; 3 docs) | Notice of referral of appeal to U. S. District Court with certificate of mailing (RE: related document(s) [78](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Steven Mark Rosenberg) (Attachments: # [1](#) Notice of Transcript(s) # [2](#) Transcript order form) (Espino, Cecilia) (Entered: 12/07/2018) |