FILED
CLERK, U.S. DISTRICT COURT
12/7/18
CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

FILED
DEC - 7 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Steven Mark Rosenberg<br><br>Debtor(s) | CASE NO.: 1:17-bk-11748-VK<br>ADVERSARY NO.: 1:17-ap-01096-VK<br>NOTICE OF APPEAL FILED: 12/06/2018<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 06/30/2017<br>APPEAL DOCKET ENTRY NO.: 78 |
|---|---|
| Steven Mark Rosenberg<br><br>Plaintiff(s)<br>vs.<br>Deutsche Bank National Trust Company et al.<br><br>Defendant(s) | CV18-10188-AG<br><br>**NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (specify):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 12/07/2018      By: _____
                          Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the United States Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☒ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other parties served by NEF:
    Robert Garrett, Esq.
    Tomas A. Ortiz, Esq. at tortiz@garrett-tully.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Nicole S Dunn
    Wright Finlay & Zak
    4665 MacArthur Ct. Ste 280
    Newport Beach, CA 92660

    Steven Mark Rosenberg
    15814 Septo St
    North Hills, CA 91343