**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re: | DISTRICT COURT CASE NUMBER |
|---|---|
| Steven Mark Rosenberg | CV18-10188-AG |
| DEBTOR(S). | BANKRUPTCY COURT CASE NUMBER |
| | 1:17-bk-11748-VK |
| | ADVERSARY CASE NUMBER |
| APPELLANT(S), | 1:17-ap-1096-VK |
| v. | |
| | **NOTICE OF DEFICIENCIES IN APPEAL FROM BANKRUPTCY COURT** |
| APPELLEE(S). | |

PLEASE TAKE NOTICE that the following issue(s) have been identified regarding this appeal:

1) Lack of Jurisdiction

   ☐ The order being appealed was never entered on the Bankruptcy Court Docket. (Fed. R. Bankr. P. 8002 and 9021)

   ☑ The Notice of Appeal was filed beyond the fourteen (14) day time period allowed. (Fed. R. Bankr. P. 8002 and 9006)

   Date of entry of order being appealed: June 7, 2018

   Date of filing of Notice of Appeal: December 7, 2018

2) Lack of Prosecution by Appellant

   It appears that Appellant has failed to:
   ☐ Pay the filing fee (28 U.S.C. § 1930(b) and (c))
   ☐ File the statement of issues (Fed. R. Bankr. P. 8009)
   ☐ File the designation of record (Fed. R. Bankr. P. 8009)
   ☐ File a transcript order notice, which is required whether or not Appellant wishes to include a transcript in the record (Fed. R. Bankr. P. 8009; Fed. R. App. P. 10(b)(1); 9th Cir. R. 10-3)
   ☐ File the transcript(s) (Fed. R. Bankr. P. 8009, 8010)
      ☐ Fees for transcript(s) not paid
      ☐ Extension of time granted. New deadline _____
   ☐ Complete the record (reasons why unknown)
   ☐ File an opening brief (Fed. R. Bankr. P. 8018)
   ☐ Other_____

3) Other

   ☐ Certification of Interested Parties was not submitted in accordance with Rule 2.1 of the Local Rules Governing Bankruptcy Appeals, Cases, and Proceedings (Chapter IV).

Clerk, U.S. District Court

Dated: December 7, 2018      By: C. Sawyer
                                 Deputy Clerk

*cc: Assigned District Judge*

CV-28 (04/18)          NOTICE OF DEFICIENCIES IN APPEAL FROM BANKRUPTCY COURT