# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10188 AG | Date | January 3, 2019 |
|---|---|---|---|
| Title | IN RE: STEVEN MARK ROSENBERG | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE**

On December 7, 2018, debtor Steven Mark Rosenberg filed a notice of appeal from the June 7, 2018 Order of Bankruptcy Judge Victoria S. Kaufman. The Court issues an Order to Show Cause why this case should not be dismissed because the notice of appeal was untimely. All briefing must be filed by January 18, 2019. The Court will set a hearing if necessary.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |