UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-10188 AG | Date | January 22, 2019 |
| Title | IN RE: STEVEN MARK ROSENBERG | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER SETTING HEARING ON ORDER TO SHOW CAUSE

On December 7, 2018, debtor Steven Mark Rosenberg filed a notice of appeal from the June 7, 2018 Order of Bankruptcy Judge Victoria S. Kaufman. The Court issued an Order to Show Cause why this case should not be dismissed because the notice of appeal was untimely. (Dkt. 7.) Appellant Rosenberg filed a response to the order, and three Appellees (Mortgage Electronic Registration Systems, Inc., Ocwen Loan Servicing, LLC, And Deutsche Bank National Trust Company) filed objections.

A hearing on the Order to Show Cause will take place on **February 11, 2019 at 9:00 a.m.**

                                                                        : 0

Initials of Preparer      lmb