# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
FEB - 7 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
2/7/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ____DD____ DEPUTY

In re:
Steven Mark Rosenberg

Debtor(s)

BAP/USDC NO.: 2:18-cv-10188
CASE NO.: 1:17-bk-11748-VK
ADVERSARY NO.: 1:17-ap-01096-VK
APPEAL DOCKET ENTRY NO.: 78

Steven Mark Rosenberg

Plaintiff(s)

vs.

Deutsche Bank National Trust Company, As Trustee for Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01

Defendant(s)

## CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL

To the Clerk of the:
- [ ] Bankruptcy Appellate Panel of the Ninth Circuit
- [X] U.S. District Court
- [ ] U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Pro Se

Attorney of Record for Appellee:
T Robert Finlay

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- [X] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- [ ] No transcripts were requested by either the Appellant or Appellee.
- [ ] Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 02/07/2019    By: /s/ Cecilia Espino
                        Deputy Clerk

July 2015                                               APPEAL.CERTIFICATE.READINESS

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☒ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Steven Mark Rosenberg
    15814 Septo St
    North Hills, CA 91343

    One West Bank
    888 East Walnut St
    Pasadena, CA 91101

    T Robert Finlay
    4665 McArthur Ct Ste 280
    Newport Beach, CA 92660

    Nicole S Dunn
    Wright Finlay & Zak
    4665 MacArthur Ct Ste 280
    Newport Beach, CA 92660