# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-10188 AG | Date | February 11, 2019 |
| Title | IN RE: STEVEN MARK ROSENBERG | | |

| Present: The Honorable | ANDREW J. GUILFORD |
|---|---|

| Melissa Kunig | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING TIMELINESS OF APPEAL**

In the interests of justice and for the reasons presented by *pro se* Appellant Steven Mark Rosenberg at oral argument, the Court considers Appellant's notice of appeal (Dkt. 1), filed one day late after a court closure, to be timely. The Order to Show Cause is DISCHARGED.

As the Court regularly informs *pro se* litigants: The Public Law Center runs a free Federal *Pro Se* Clinic at the Santa Ana federal courthouse where *pro se* litigants can get information and guidance. Visitors to the clinic must make an appointment by calling (714) 541-1010 (x222). The clinic is in Room 1055 on the first floor of the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, CA. More information about the clinic may be found by visiting http://prose.cacd.uscourts.gov/santa-ana.

|  |  : | 0 |
|---|---|---|
| | Initials of Preparer | mku |