Case: 2:18cv10188  Doc: 14

FILED

2019 FEB 19  AM 10: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY____(AW)_____

Steven Mark Rosenberg
106 1-2 Judge John Aiso Street Suite 225
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27092813@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-10188-AG In Re Steven Mark Rosenberg Show Cause Hearing - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/11/2019 at 1:03 PM PST and filed on 2/11/2019

| | |
|---|---|
| **Case Name:** | In Re Steven Mark Rosenberg |
| **Case Number:** | 2:18-cv-10188-AG |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**MINUTES OF Show Cause Hearing held before Judge Andrew J. Guilford: Hearing held. The Court confers with the parties regarding the status of the case. The matter is taken under submission. Order to issue. Court Reporter: Miriam Baird. Attorney for Plaintiff: Steven Mark Rosenberg (PRO SE); Attorney for Defendant: Zi Lin, Nicole Dunn. Courtroom Deputy: Melissa Kunig; Time in Court: 0:15. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. Court Reporter: Miriam Baird. (mku)**

**2:18-cv-10188-AG Notice has been electronically mailed to:**
Zi Chao Lin   zlin@garrett-tully.com
Nicole S Dunn   ndunn@wrightlegal.net, jevaristo@wrightlegal.net
T Robert Finlay   rfinlay@wrightlegal.net, ggrant@wrightlegal.net
**2:18-cv-10188-AG Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Steven Mark Rosenberg
106 1-2 Judge John Aiso Street Suite 225
Los Angeles CA 90012

