Steven Mark Rosenberg
106 ½ Judge John Aiso Street, PMB#225
Los Angeles, CA 90012,
310.971.5037
Email: Founder@PuttingElders1st.org
In Pro Per

FILED
2019 APR 29 PM 2:29

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Mark Rosenberg,<br><br>Debtor<br><br>_____<br><br>STEVEN MARK ROSENBERG<br><br>Appellant<br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED CERTIFICATE SERIES 2007-OA1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC ALLIANCE BANCORP, INC (ESTATE)<br><br>Appellee(s) | ) **District Court Case Number:**<br>) **CV 18-10188-AG**<br>)<br>) **Bankruptcy Court Case Number:**<br>) **1:17-bk-11748-VK**<br>)<br>) **Adversary Case Number:**<br>) **1:17-ap-01096-VK**<br>)<br>) **NOTICE OF ERRATA**<br>) **AND AFFIDAVIT IN SUPPORT**<br>) **OF MOTION TO ALTER**<br>) **OR AMEND A JUDGMENT**<br>) **FRCP Rule 59(e), FRCP Rule 60(b)**<br>)<br>) **Hearing Date:** June 3, 2019<br>) **Hearing Time:** 10:00A.M.<br>) **Judge:** Honorable Andrew J. Guilford<br>) **Place:** Court 10 D Santa Ana Division<br>)<br>) |

STEVEN MARK ROSENBERG, Plaintiff /Appellant:

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Due to inadvertent clerical oversight, the Affidavit to go with the Motion for Reconsideration was not filed at same time on April 26, 2019. Please respectfully now find attached herein Affidavit.

Dated: April 29, 2019

Steven Mark Rosenberg
Steven Mark Rosenberg

1
**NOTICE OF ERRATA**

Steven Mark Rosenberg
106 ½ Judge John Aiso Street, PMB#225
Los Angeles, CA 90012,
310.971.5037
Email: Founder@PuttingElders1st.org
In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Mark Rosenberg,<br><br>Debtor<br>_____<br><br>STEVEN MARK ROSENBERG<br><br>Appellant<br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED CERTIFICATE SERIES 2007-OA1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC ALLIANCE BANCORP, INC (ESTATE)<br><br>Appellee(s) | )District Court Case Number:<br>)CV 18-10188-AG<br>)<br>)Bankruptcy Court Case Number:<br>)1:17-bk-11748-VK<br>)<br>) Adversary Case Number:<br>)1:17-ap-01096-VK<br>)<br>)<br>) AFFIDAVIT OF STEVEN<br>) MARK ROSENBERG IN SUPPORT<br>)OF FRCP Rule 59(e), FRCP Rule 60(b)<br>)<br>)Hearing Date: June 3, 2019<br>)Hearing Time: 10:00A.M.<br>)Judge: Honorable Andrew J. Guilford<br>)Place: Court 10 D Santa Ana Division<br>)<br>)<br>) |

STEVEN MARK ROSENBERG being of full age, hereby states:

1. I am the pro se Plaintiff/Appellant in the above captioned matters. I make this Affidavit based upon personal knowledge and in support of my motion for reconsideration of the Court's April 1, 2019 Order.

**AFFIDAVIT OF STEVEN MARK ROSENBERG IN SUPPORT OF FRCP Rule 59(e), FRCP Rule 60(b).**

2.    I am currently sixty-four (64) years of age and a resident of the State of California.

3.    As I set forth in the Motion, I have been severely-ill since late February of 2019. A true and correct copy of a document evidencing my period of hospitalization from March 27, 2019 to April 3, 2019 and a photograph of me taken during the period of said hospitalization are attached to the Motion as Exhibits A and B, respectively.

4.    I acted in good faith to prosecute this matter and to comply with the Court's March 15, 2019 minute order but as a result of my health was unable to comply with the Court's deadline. I did utilize the services of the Pro Bono Clinic as recommended by Your Honor, even attending an appointment at the Clinic. However, due to my health I was unable to timely correspond to prosecute this matter.

5.    As stated in the Motion, I reserve my rights to protection of my medical records under the Health Insurance Portability and Accountability Act (HIPAA).

6.    I am recovered sufficiently that if my Motion is granted, I will be able to successfully prosecute the same.

I certify that the foregoing statements are true and correct, and that if any of the foregoing statements are willfully false, I am subject to punishment, under penalty of perjury.

Dated: April 29, 2019

_Steven Mark Rosenberg_
Steven Mark Rosenberg

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **California**
County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this 29th day of **April, 2019** by STEVEN MARK ROSENBERG proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Notary Public Signature_



CARRIE T. FELICITAS
Commission No. 2249609
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires  AUGUST 9, 2022

2
**AFFIDAVIT OF STEVEN MARK ROSENBERG IN SUPPORT OF FRCP Rule 59(e), FRCP Rule 60(b).**