FILED

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)<br>STEVEN MARK ROSENBERG<br>106 1/2 JUDGE JOHN AISO ST. #225<br>LOS ANGELES, CA 90012<br>Phone: (310) 971-5037<br>Email: founder@puttingelders1st.org | 2019 JUN -5 PM 3:51<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: ___ |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MARK ROSENBERG<br><br>                         PLAINTIFF(S),<br>v.<br>DEUTSCHE BANK, NATIONAL TRUST CO. AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1, ET. AL         DEFENDANT(S). | CASE NUMBER<br>**District Case Number: CV 18-10188-AG**<br>**Bankruptcy Case No.: 1:17-bk-11748-VK**<br>**Adversary Case No.: 1:17-ap-01096-VK**<br><br>**PROOF OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of **LOS ANGELES**, State of California, and not a party to the above-entitled cause. On **JUNE 5**, 20**19**, I served a true copy of **APPENDIX: PLAINTIFF/APPELLANT OPENING BRIEF** by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: **LOS ANGELES, CALIFORNIA**
Executed on **JUNE 5**, 20**19** at **LOS ANGELES**, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ATTACHED SERVICE LIST

**MERS (Mortgage Electronic Registration Systems, Inc.)**
**Attn:** T. Robert Finlay, Partner
Cc: Nicole Dunn, Esq.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Ocwen Loan Servicing, Inc.
c/o T. Robert Finlay, Partner
Cc: Nicole Dunn, Esq.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Deutsche Bank National Trust in
Alliance Bancorp Trust 2007 OA-1
c/o Robert Garrett of Law Firm of Garrett & Tully
225 S. Lake , Suite 1400
Pasadena, CA 91101

Honorable Andrew J. Guilford
Santa Ana Division
Court 10D
411 West 4th Street
Santa Ana, CA 92701-4516