Case: 2:18cv10188   Doc: 36

FILED

2019 JUL -5 PM 3:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___IAW___

Steven Mark Rosenberg
106 1-2 Judge John Aiso Street   Suite 225
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<27949700@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-10188-AG In Re Steven Mark Rosenberg Order on Motion for Extension of Time to File Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/28/2019 at 2:12 PM PDT and filed on 6/28/2019

**Case Name:** In Re Steven Mark Rosenberg

**Case Number:** 2:18-cv-10188-AG

**Filer:**

**WARNING: CASE CLOSED on 04/01/2019**

**Document Number:** 36

**Docket Text:**
**ORDER GRANTING APPELLEES/DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONDENTS' BRIEF [35] by Judge Andrew J. Guilford. IT IS HEREBY ORDERED THAT: Appellees' Request for Extension of Time to File Respondents' Brief is GRANTED. Appellees deadline to file a Respondents' Brief is August 5, 2019. (es)**

**2:18-cv-10188-AG Notice has been electronically mailed to:**
Zi Chao Lin    zlin@garrett-tully.com
Nicole S Dunn    ndunn@wrightlegal.net, jevaristo@wrightlegal.net
T Robert Finlay    rfinlay@wrightlegal.net, ggrant@wrightlegal.net
**2:18-cv-10188-AG Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Steven Mark Rosenberg
106 1-2 Judge John Aiso Street Suite 225
Los Angeles CA 90012

Case 2:18-cv-10188-AG   Document 39   Filed 07/05/19   Page 3 of 5   Page ID #:270

District Court Case No. 2:18-cv-10188 -AG

# UNITED STATES CENTRAL DISTRICT COURT
# SANTA ANA DIVISION

IN RE:
STEVEN MARK ROSENBERG,
Debtor.

STEVEN MARK ROSENBERG,
Appellant

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP, MORTGAGE BACKED CERTIFICATE SERIES 2007-OA1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC,
Appellees

Appeal from the United States Bankruptcy Court
For the Central District of California, San Fernando Valley
US Bankruptcy Court Case No. Case No. 1:17-bk-11748-VK
Honorable Victoria S. Kaufman
AP Case No. 1:17-ap-01096-vk
Honorable Andrew J. Guilford

## ORDER GRANTING APPELLEES/DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONDENTS' BRIEF

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: 949-477-5050 / Fax: 949-608-9142
Email: jfink@wrightlegal.net; ndunn@wrightlegal.net

Having reviewed Defendants/Appellees, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.'s ("Appellees") Request for Extension of Time to File Respondents' Brief, IT IS HEREBY ORDERED THAT:

Appellees' Request for Extension of Time to File Respondents' Brief is GRANTED.  Appellees deadline to file a Respondents' Brief is **August 5, 2019.**

DATED: June 28, 2019

_____
Honorable Andrew J. Guilford

