Case: 2:18cv10188  Doc: 38

FILED

2019 JUL -9 PM 3:19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

Steven Mark Rosenberg
106 1-2 Judge John Aiso Street  Suite 225
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27964108@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-10188-AG In Re Steven Mark Rosenberg Order on Motion for Extension of Time to File Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/2/2019 at 9:49 AM PDT and filed on 7/2/2019

**Case Name:**     In Re Steven Mark Rosenberg

**Case Number:**   2:18-cv-10188-AG

**Filer:**

**WARNING: CASE CLOSED on 04/01/2019**

**Document Number:**   38

**Docket Text:**
**ORDER GRANTING DEUTSCHE BANK AN EXTENSIONOF TIME TO FILE ITS APPELLEE'S BRIEF [37] by Judge Andrew J. Guilford. IT IS HEREBY ORDERED THAT: Deutsche Bank's request for extension of time is granted. Deutsche Bank's deadline to file its appellee's brief is August 5, 2019. (es)**

**2:18-cv-10188-AG Notice has been electronically mailed to:**
Zi Chao Lin    zlin@garrett-tully.com
Nicole S Dunn    ndunn@wrightlegal.net, jevaristo@wrightlegal.net
T Robert Finlay    rfinlay@wrightlegal.net, ggrant@wrightlegal.net
**2:18-cv-10188-AG Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Steven Mark Rosenberg
106 1-2 Judge John Aiso Street Suite 225
Los Angeles CA 90012

District Court Case No. 2:18-cv-10188-AG

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT,
SANTA ANA DIVISION

IN RE: STEVEN MARK ROSENBERG,
*Debtor.*

STEVEN MARK ROSENBERG
*Appellant,*

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP, MORTGAGE BACKED CERTIFICATE SERIES 2007-OA1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC,
*Appellees.*

Appeal from the U.S. Bankruptcy Court, Central District of California, Case No. Case No. 1:17-bk-11748-VK, A.P. Case No. 1:17-ap-01096-vk, Hon. Victoria S. Kaufman,
**Hon. Andrew J. Guilford, District Court Judge**

**ORDER GRANTING DEUTSCHE BANK AN EXTENSION OF TIME TO FILE ITS APPELLEE'S BRIEF**

Zi C. Lin, SBN 236989
Motunrayo D. Akinmurele, SBN299868
Garrett & Tully, P.C.
225 S. Lake Avenue, Suite 1400
Pasadena, CA 91101-4869
Tel: (626) 577-9500/Fax: (626) 577-0813
E-mails: zlin@garrett-tully.com, mdakinmurele@garrett-tully.com
***Attorneys for Appellee***
**Deutsche Bank National Trust Company, As Trustee for Alliance Bancorp Mortgage Backed Certificate Series 2007-OA1**

1

Having reviewed Appellee Deutsche Bank National Trust Company, As Trustee for Alliance Bancorp Mortgage Backed Certificate Series 2007-OA1 ("Deutsche Bank")'s request for extension of time to file its appellee's brief, IT IS HEREBY ORDERED THAT:

Deutsche Bank's request for extension of time is granted. Deutsche Bank's deadline to file its appellee's brief is August 5, 2019.

Dated: July 2, 2019

_____
Honorable Andrew J. Guilford

