UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 18-10188-AG | Date | August 29, 2019 |
|---|---|---|---|
| Title | In Re Steven Mark Rosenberg | | |

Bankruptcy No.: 1:17-bk-11748-VK; Adversary No.: 1:17-ap-01096 VK

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER SETTING HEARING ON BANKRUPTCY APPEAL**

The Court hereby schedules a hearing for this bankruptcy appeal on **October 7, 2019 at 10:00 a.m.**

|  | - : - |
|---|---|
|  | Initials of Deputy Clerk    mku |

cc: Bankruptcy Court and BAP