Name: Steven Mark Rosenberg
Address: 106 ½ Judge John Aiso St
Pmb #225, Los Angeles, CA 90012
Phone Number: 310-971-5037
E-mail Address: Founder@PuttingElders1st.org
Pro Se

*[Stamped: Judge proposed]*
*[Stamped: FILED 2019 AUG 30 PM 12:15 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Steven Mark Rosenberg
Appellant / PLAINTIFF(S)

Deutsche Bank National Trust Co,
As Trustee For Alliance Bancorp Mortgage
Backed Certificate Series 2007-OA-1,
Mortgage Electronic Registrations Systems, Inc
Ocwen Loan Servicing, LLC    DEFENDANT(S)
+ Appellees

CASE NUMBER
2:18-cv-10188-AG

APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING

As the (Plaintiff/Defendant) Steven Mark Rosenberg, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:
*(as Appellant)*

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   [X] A Computer with internet access.
   [X] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [X] A scanner to convert documents that are only in paper format into electronic files.
   [X] A printer or copier to create required paper copies such as chambers copies.
   [X] A word-processing program to create documents; and
   [X] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: August 30, 2019        Signature: Steven Mark Rosenberg

CV-005 (12/15)        APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING