LODGED
2019 AUG 30 PM 12: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY MKU DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Steven Mark Rosenberg
Appellant /PLAINTIFF(S)

v.

Deutsche Bank National Trust Co, As Trustee For Alliance Bancorp Mortgage Backed Certificate Series 2007-OA-1, Mortgage Electronic Registration Systems, Inc, Ocwen Loan Servicing, LLC Apellees /DEFENDANT(S)

CASE NUMBER
2:18-CV-10188-AG

ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

IT IS ORDERED that the Application for Permission for Electronic Filing by Steven Mark Rosenberg is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: September 4, 2019

_____
United States District/Magistrate Judge

☐ DENIED
Comments:

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING