District CASE NO. 2:18-CV-10188-AG

IN THE UNITED STATES CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

---

STEVEN MARK ROSENBERG,

*PLAINTIFF-APPELLANT*

v.

DEFEFENDANTS-APPELLEES

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANKCORP MORTGAGE BACKED CERTIFICATE SERIES 2007-0A-1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, OCWEN LOAN SERVICING, LLC;

---

**TO ALL DEFENDANTS-APPELLEES:** SUGGESTION FILING: CERTIFICATE OF CANCELLATION FILED AUGUST 29, 2019 WITH CALIFORNIA SECRETARY OF STATE, FOR ONE OF THE DEFENDANTS/APPELLEES; <u>OCWEN LOAN SERVICING, LLC</u>

---

On Appeal from the United States Bankruptcy Court for the Central District
of California, San Fernando Valley
AP Case # 1 :17-ap-01096-vk
Hon. Judge Andrew J. Guilford

---

Steven Mark Rosenberg, In Pro Per
106 1/2 Judge John Aiso Street
PMB # 225
Los Angeles, CA 90012
Tel. 310.971.5037
Founder@PuttingElderslst.org

Suggestion - Federal Rule of Civil Procedure Rule 25

1

## SUGGESTION OF "DEATH" WHEN ACTION SURVIVES ONLY AGAINST REMAINING DEFENDANTS [Fed. R. Civ. P.25(a)(1) & (a)(2)]

Plaintiff/Appelant, Steven Mark Rosenberg suggests that Ocwen Loan Servicing, LLC, one of the Defendants/Appellees in this action, has ceased to have rights as a corporation per Exhibit "A".

Exhibit "A" is a true and correct copy of Ocwen status effective August 29, 2019 per California Secretary of State.

It is suggested that their name be stricken from the action, and that the appeal action proceed against the other Defendants.

Dated: September 30, 2019

*Steven Mark Rosenberg*
Steven Mark Rosenberg

# Exhibit "A"

**Secretary of State**
**Certificate of Cancellation**
**Limited Liability Company (LLC)**

LLC-4/7

FILED
Secretary of State
State of California

AUG 29 2019

This Space For Office Use Only

**IMPORTANT** — Read Instructions before completing this form.

There is No Fee for filing a Certificate of Cancellation

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

1. **Limited Liability Company Name** (Enter the exact name of the LLC as it is recorded with the California Secretary of State)

   Ocwen Loan Servicing, LLC

2. **12-Digit Secretary of State File Number**

   200213810063

3. **Dissolution** (California LLCs ONLY: Check the box if the vote to dissolve was made by the vote of ALL the members.)

   ☐ The dissolution was made by a vote of **ALL** of the members of the California Limited Liability Company.

   **Note:** If the above box is not checked, a **Certificate of Dissolution** (Form LLC-3) must be filed prior to or together with this Certificate of Cancellation. (California Corporations Code section 17707.08(a).)

4. **Tax Liability Statement** (Do not alter the Tax Liability Statement.)

   All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

5. **Cancellation Statement** (Do not alter the Cancellation Statement.)

   Upon the effective date of this Certificate of Cancellation, the Limited Liability Company's registration is cancelled and its powers, rights and privileges will cease in California.

6. **Read and Sign Below** (See instructions for signature requirements. Do not use a computer generated signature.)

   By signing this document, I certify that the information is true and that I am authorized by California law to sign.

   _John P. Kim_ (signature)
   Signature

   John P. Kim
   Type or Print Name

   _____
   Signature

   _____
   Type or Print Name

   _____
   Signature

   _____
   Type or Print Name

LLC-4/7 (REV 05/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be