District CASE NO. 2:18-CV-10188-AG

# IN THE UNITED STATES CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

---

STEVEN MARK ROSENBERG,

*PLAINTIFF-APPELLANT*

v.

DEFEFENDANTS-APPELLEES

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANKCORP MORTGAGE BACKED CERTIFICATE SERIES 2007-0A-1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, OCWEN LOAN SERVICING, LLC;

---

**TO ALL DEFENDANTS-APPELLEES:** NOTICE OF ERRATA: DOCKET NUMBER 47/ Correction ONLY to Docket Description/ No Change to Filed Document itself

---

On Appeal from the United States Bankruptcy Court for the Central District
of California, San Fernando Valley
AP Case # 1 :17-ap-01096-vk
Hon. Judge Andrew J. Guilford

---

Steven Mark Rosenberg, In Pro Per
106 1/2 Judge John Aiso Street
PMB # 225
Los Angeles, CA 90012
Tel. 310.971.5037
Founder@PuttingElderslst.org

Notice of Errata- Docket Number 47 Pacer Description

1

## NOTICE OF ERRATA

Plaintiff/Appelant, Steven Mark Rosenberg respectfully brings to attention of all Parties the following correction:

The filed document logged as Docket #47 on September 30, 2019 is correct.

There was however an inadvertent error during the ECF/CM filing input process. OCWEN Loan Servicing, LLC is not the filing party <u>as now indicated in the Docket description.</u> The last sentence should be read to delete OCWEN Loan Servicing / Plaintiff/Appellant and in its place be read that Steven Mark Rosenberg as Plaintiff/Appellant filed Docket Number 47.

Dated: October 1, 2019.

_____
Steven Mark Rosenberg