UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _mcu_ DEPUTY

CV 18-10188-AG
In Re Steven Mark Rosenberg



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 10 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY



Case: 2:18cv10188   Doc: 49

Steven Mark Rosenberg
106 1-2 Judge John Aiso Street   No. 225
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28542685@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-10188-AG In Re Steven Mark Rosenberg Argument on Bankruptcy Appeal Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/7/2019 at 1:33 PM PDT and filed on 10/7/2019

| | |
|---|---|
| Case Name: | In Re Steven Mark Rosenberg |
| Case Number: | 2:18-cv-10188-AG |
| Filer: | |
| Document Number: | 49 |

**Docket Text:**
MINUTES OF Hearing re: Bankruptcy Appeal held before Judge Andrew J. Guilford: Hearing held. The Court hears oral argument from the parties. The Court takes the matter under submission. Order to issue. Court Reporter: Miriam Baird. Attorneys for Appellant: Steven Mark Rosenberg (PRO SE); Attorneys for Appellees: Nicole Dunn, Zi Lin. Courtroom Deputy: Melissa Kunig; Time in Court: 0:30. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. (mku)

**2:18-cv-10188-AG Notice has been electronically mailed to:**
Zi Chao Lin    zlin@garrett-tully.com
Nicole S Dunn    ndunn@wrightlegal.net, jevaristo@wrightlegal.net
Steven Mark Rosenberg    founder@puttingelders1st.org
T Robert Finlay    rfinlay@wrightlegal.net, ggrant@wrightlegal.net
**2:18-cv-10188-AG Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Steven Mark Rosenberg
106 1-2 Judge John Aiso Street No. 225
Los Angeles CA 90012